UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
THERESA DAVI,

                        Plaintiff,

    -v-

                                        Case # 3:10-CV-00340
MICHAEL ASTRUE                           GTS/DRH
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED by the attorney for the defendant and the attorney for the plaintiff, that this case is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without costs to either party and the clerk should be directed to close the case.


Dated: December 17, 2010

                                                    s/ Peter A. Gorton
                                                    Peter A. Gorton, Esq.
                                                    Attorney for Plaintiff
                                                    Lachman, Gorton
                                                    Law Firm
                                                    P.O. Box 89
                                                    1500 East Main Street
                                                    Endicott, New York   13761-0089
                                                    (607) 754-0500
                                                    (607) 748-6978 (fax)


                                                    s/ Jennifer McMahon

                                                    Jennifer McMahon
                                                    Assistant Regional Counsel
                                                    Social Security Administration
                                                    Office of the General Counsel, Region II
                                                    26 Federal Plaza, Room 3904
                                                    New York, NY 10278
                                                    (212) 264-3650 Ext. 221
                                                    (212) 264 6372 (fax)


Via ECF

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 12/17/10